IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE WEBB, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-CV-855-WKW |
| | ) [WO] |
| RASHAWN HARRIS, | ) |
| Defendant. | ) |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 45.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 45) is ADOPTED;

2. Defendant's motion for summary judgment (Doc. # 11) is GRANTED; and

3. The costs of this proceeding are taxed against the plaintiff.

A final judgment will be entered separately.

DONE this 9th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE